NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BIOGEN INTERNATIONAL GMBH, BIOGEN MA INC.,**
*Plaintiffs-Appellants*

**v.**

**AMNEAL PHARMACEUTICALS LLC, ALKEM LABORATORIES LTD., HETERO USA INC., CIPLA LIMITED, CIPLA USA INC., HETERO LABS LIMITED, HETERO LABS LIMITED UNIT-III, LUPIN ATLANTIS HOLDINGS SA, MSN LABORATORIES PRIVATE LTD., MSN PHARMACEUTICALS INC., PHARMATHEN S.A., PRINSTON PHARMACEUTICAL INC., S&B PHARMA, INC., SANDOZ INC., SHILPA MEDICARE LIMITED, SUN PHARMACEUTICAL INDUSTRIES, INC., SUN PHARMA GLOBAL FZE, SUN PHARMACEUTICAL INDUSTRIES LIMITED, ZYDUS PHARMACEUTICALS (USA) INC., TWI PHARMACEUTICALS INC., TWI PHARMACEUTICALS USA, INC.,**
*Defendants-Appellees*

**ACCORD HEALTHCARE INC., GRAVITI PHARMACEUTICALS INC., GRAVITI PHARMACEUTICALS PVT. LTD., IMPAX LABORATORIES LLC, MACLEODS PHARMA USA, INC., MACLEODS PHARMACEUTICALS LTD., SLAYBACK PHARMA LLC, SLAYBACK PHARMA INDIA LLP, TORRENT PHARMA INC., TORRENT**

## PHARMACEUTICALS LTD., WINDLAS HEALTHCARE PVT. LTD.,
### *Defendants*

————————————

2021-1078, 2021-1084, 2021-1086, 2021-1087, 2021-1088, 2021-1090, 2021-1091, 2021-1092, 2021-1093, 2021-1094, 2021-1095, 2021-1096, 2021-1097, 2021-1098, 2021-1441

————————————

Appeals from the United States District Court for the District of Delaware in Nos. 1:17-cv-00823-MN, 1:17-cv-00825-MN, 1:17-cv-00828-MN, 1:17-cv-00845-MN, 1:17-cv-00846-MN, 1:17-cv-00847-MN, 1:17-cv-00850-MN, 1:17-cv-00851-MN, 1:17-cv-00853-MN, 1:17-cv-00855-MN, 1:17-cv-00856-MN, 1:17-cv-00872-MN, 1:17-cv-00874-MN, 1:17-cv-00954-MN, and 1:20-cv-01159-MN, Judge Maryellen Noreika.

————————————

## ON MOTION

————————————

## O R D E R

Upon consideration of appellants' unopposed motion to voluntarily dismiss the above-captioned consolidated appeals pursuant to Federal Rule of Appellate Procedure 42(b) with each party to bear its own costs upon dismissal,

IT IS ORDERED THAT:

(1) The motion is granted. The above-captioned appeals are dismissed.

(2) Any other pending motion is denied as moot.

BIOGEN INTERNATIONAL GMBH v. AMNEAL                3
PHARMACEUTICALS LLC

(3)  Each side shall bear its own costs.

FOR THE COURT

October 31, 2022                    /s/ Peter R. Marksteiner
        Date                        Peter R. Marksteiner
                                    Clerk of Court

ISSUED AS A MANDATE: October 31, 2022